NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| THE CONNECTICUT INDEMNITY CO., | : | |
| Plaintiff, | : | **ORDER** |
| v. | : | Civ. No. 03-3403 (WHW) |
| ARTHUR WILLIAMS, et al., | : | |
| Defendants. | : | |

**Walls, District Judge**

This matter is before the Court on plaintiff's motion for summary judgment against defendants The Insurance Company of the State of Pennsylvania and Lancer Insurance Co., and plaintiff's motion for default judgment against defendants Dependable Transport, Inc., Arthur Williams, Kevin Davis and TAJ Trucking, Inc. The motions are unopposed. The Court referred the matter to Magistrate Judge Susan D. Wigenton for a Report and Recommendation.

Having considered the written submissions of plaintiff, Magistrate Judge Wigenton recommended plaintiff's motions for summary judgment and default judgment be granted. Upon a review of the Report and Recommendation the Court is satisfied that it is not clearly erroneous. Rather, Magistrate Judge Wigenton's conclusions are well-supported.

It is on this 2d day of August, 2005:

ORDERED that the Court approves and adopts the Report and Recommendation of Magistrate Judge Wigenton in its entirety; and it is further

ORDERED that plaintiff's motion for summary judgment is GRANTED and that plaintiff's motion for default judgment is GRANTED.

**s/William H. Walls**
United States District Judge